PETER A. BEE*
RICHARD P. READY
WILLIAM C. DEWITT
ANDREW K. PRESTON**
STEPHEN L. MARTIR**

OF COUNSEL:
RHODA Y. ANDORS
COURTNEY ROGERS

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ

# BEE READY LAW GROUP, LLP

170 Old Country Road, Suite 200
Mineola, New York 11501
T. 516-746-5599 -- F. 516-746-1045
www.beereadylaw.com

ASSOCIATES:

THEODORE GORALSKI
JASON P. BERTUNA
**CHRISTOPHER J. NEUMANN
KEVIN SIMMONS
CATHERINE V. BATTLE
BENJAMIN KOPPEL

October 20, 2026

CLERK OF THE COURT
U.S. District Court
United States Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

***Re: T.M.W v Nassau County Police Dept., et al***
***Case No.: 25-cv-05161 (JMA)(JMW)***
***Our File No.: 1000-2608***

Dear Sir or Madam:

Our office represents the Defendants, Nassau County Police Department and Patrick J. Ryder, as Commissioner of the Nassau County Police Department, in the above-referenced matter.

Please be advised that Lawrence Katz is no longer employed at our office. Therefore, we request he be removed as an attorney representing the Defendants, Nassau County Police Department and Patrick J. Ryder, as Commissioner of the Nassau County Police Department. Please be so kind as to make this change in your system.

Respectfully submitted,

Andrew K. Preston

AKP:mgf